FELICE JOHN VITI, Acting United States Attorney (#7007)
SETH NIELSEN, Assistant United States Attorney (#13823)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (385) 232-5763
Email: Seth.Nielsen@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JHONNER DE JESUS CESAR MARQUEZ<br><br>Defendant. | Case No. 2:25mj935 CMR<br><br>COMPLAINT<br><br>COUNT 1: Possession of Fentanyl with Intent to Distribute, 21 U.S.C. § 841(a)(1) (>400 grams)<br><br>Judge Cecilia M. Romero |

Before Judge Cecilia M. Romero, United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

**<u>COUNT 1</u>**
**21 U.S.C. § 841(a)(1)**
**(Possession of Fentanyl with Intent to Distribute)**

On or about October 02, 2025, in the District of Utah,

JHONNER DE JESUS CESAR MARQUEZ

defendant herein, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance,

within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

This Complaint is made on the basis of investigation described in the affidavit below, and with the following elements for the charged count as follows:

The elements of Count 1, Possession of Fentanyl with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;
2. He did so knowingly and intentionally;
3. At the time the defendant possessed the mixture or substance containing Fentanyl, he intended to distribute it, and
4. The amount of Fentanyl he intended to distribute was 400 grams or more.

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, John Murphy, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and am currently assigned to the FBI Wasatch Metro Drug Task Force (WMDTF) and am tasked with investigating street gangs and drug trafficking in the District of Utah.

2. Beginning in or about the month of September 2025, the FBI Wasatch Metro Drug Task Force ("WMDTF"), initiated a criminal investigation into JHONNER DE JESUS CESAR MARQUEZ ("MARQUEZ") and other members of a drug trafficking organization ("DTO") that were believed to be distributing large quantities of narcotics in the District of Utah.

3. On or about October 2, 2025, MARQUEZ agreed to sell a confidential source ("CS1"[1]) a quantity of fentanyl in Utah. MARQUEZ and CS1 agreed upon a price, time, and

[1] CS1 is cooperating with law enforcement for monetary compensation. Investigators consider the information received from CS1 to be accurate and reliable. CS1 has no criminal history. CS1 has never provided information that

location for the exchange.

4. Thereafter, during a controlled operation, MARQUEZ arrived at the designated location by vehicle. Agents then arrived on scene and performed a traffic stop on that vehicle. Agents then detained MARQUEZ and secured him in the immediate area. Agents searched the vehicle and were able to locate a total of approximately 506.12 grams (package weight) of suspected fentanyl. The suspected fentanyl was later field tested and tested positive as Fentanyl, a Schedule II controlled substance. This quantity of fentanyl was consistent with what MARQUEZ had agreed to sell CS1. Additionally, agents located a stolen firearm in the vehicle.

5. During a post *Miranda* interview, MARQUEZ admitted to possession of the Fentanyl and the firearm inside of the vehicle. MARQUEZ stated that he intended to sell the Fentanyl for cash profit. MARQUEZ also stated that he used the firearm for protection on drug deals.

6. MARQUEZ also notified agents of additional amounts of fentanyl in his residence. MARQUEZ gave agents consent to enter his residence and led agents to his room to locate approximately 79.18g (package weight) of suspected fentanyl. This suspected fentanyl was also later field tested and tested positive as Fentanyl.

7. Based on training and experience, I know that the quantity of fentanyl seized from

---

has been found to be false or misleading. WMDTF investigators have also verified information provided by CS1 in this investigation through independent sources, including surveillance, registered owner checks on vehicles and addresses used by the suspect(s), criminal history checks on the suspects, and information received from other sources of information. Based on conversations with CS1, CS1 appears to be knowledgeable in the sale and distribution of controlled substances.

MARQUEZ is consistent with distribution as opposed to personal use.

Based on the foregoing information, I respectfully request an arrest warrant be issued for MARQUEZ for violations of 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute.

/s/ *John Murphy*

____________________________
John Murphy
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 3rd day of October 2025.

Cecilia M. Romero

____________________________
Judge Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM:

FELICE JOHN VITI
Acting United States Attorney

/s/ *Seth Nielsen*

____________________________
Seth Nielsen
Assistant United States Attorney